MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Homegoods, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA ARELLANO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOMEGOODS, INC.; a Foreign Corporation; DOE BENCH MANUFACTURER & DISTRIBUTOR; ROE BENCH MANUFACTURER & DISTRIBUTOR; DOES 2 through 20; and ROE BUSINESS ENTITIES 2 through 20, inclusive jointly and severally,<br><br>　　　　Defendants. | Case No.: 2:17-cv-810<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss this matter with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| RICHARD HARRIS LAW FIRM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
|---|---|
| */s/ Michaela E. Tramel* | */s/ Michael P. Lowry* |
| Michaela E. Tramel, Esq.<br>Nevada Bar No. 9466<br>801 S. 4th St.<br>Las Vegas, NV 89101<br>Attorneys for Martha Arellano | Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 S. 4th St., 11th Floor<br>Las Vegas, NV 89101<br>Attorneys for Homegoods, Inc. |

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　DATED: March 12, 2018.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on March 9, 2018, I served **Stipulation and Order to Dismiss with Prejudice** as follows:

☐     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒     via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Michaela E. Tramel, Esq.
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
Tel: 702.444.4444
Fax: 702.444.4455
Email: Michaela@richardharrislaw.com
Attorneys for Plaintiff

                                     BY:     */s/ Michael P. Lowry*
                                                    An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP